UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LASHEENA COOPER, on behalf of L.C., | : | Case No. 1:16-cv-240 |
| Plaintiff, | : : : | Judge Timothy S. Black Magistrate Judge Karen L. Litkovitz |
| vs. | : : | |
| COMMISSIONER OF SOCIAL SECURITY, | : : : | |
| Defendant. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 19)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on December 5, 2016, submitted a Report and Recommendation. (Doc. 19). Plaintiff filed objections on February 24, 2017. (Doc. 23).[1]

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo*

---

[1] After reviewing the Report and Recommendation, Petitioner's objections, and the case record, the Court finds that Petitioner's objections are not well taken. Plaintiff's objections argue the merits of the ALJ's determination by outlining the difficulties Plaintiff's daughter faces in her daily life. Plaintiff's perspective, while valuable to the Court, restates the arguments raised in Plaintiff's statement of specific errors (Doc. 11) and does not address the Magistrate Judge's findings indicating that the ALJ's decision was supported by substantial evidence in the medical record. Accordingly, the Report and Recommendation is adopted in its entirety.

all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety. Accordingly, the Court finds that the ALJ's decision is supported by substantial evidence. The ALJ's decision is therefore **AFFIRMED**, and this case shall be **CLOSED**.

    **IT IS SO ORDERED**.

Date: 2/27/17

Timothy S. Black
United States District Judge